825 A.2d 1141

IN THE MATTER OF ANTHONY C. NWAKA, AN ATTORNEY AT LAW (ATTORNEY NO. 031921991).

July 2, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–428, concluding that **ANTHONY C. NWAKA** of **EAST ORANGE,** who was admitted to the bar of this State in 1992, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.4(a) (failure to communicate with client), and *RPC* 8.1(b) (failure to cooperate with ethics authorities), and good cause appearing;

It is ORDERED that **ANTHONY C. NWAKA** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective August 1, 2003; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20-20; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.